UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BAARSTAD, LISA § Case No. 09-20881
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/01/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  07/04/2011          By:  JOSEPH R. VOILAND
                                                                                  Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BAARSTAD, LISA § Case No. 09-20881
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,001.55 |
| *and approved disbursements of* | $ 2,152.64 |
| *leaving a balance on hand of* [1] | $ 4,848.91 |
| **Balance on hand:** | $ 4,848.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,848.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 1,450.16 | 0.00 | 1,450.16 |
| Trustee, Expenses - JOSEPH R. VOILAND | 121.70 | 0.00 | 121.70 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,571.86 |
| Remaining balance: | $ 3,277.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,277.05 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $270,277.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Internal Revenue Service | 270,051.74 | 0.00 | 3,274.31 |
| 6P | Illinios Department of Revenue | 225.65 | 0.00 | 2.74 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 3,277.05 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,127.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd Co. | 125.33 | 0.00 | 0.00 |
| 2 | Asset Acceptance, LLC assignee NEW YORK & COMPANY | 835.16 | 0.00 | 0.00 |
| 4 | Roundup Funding, LLC | 843.92 | 0.00 | 0.00 |
| 5 | AMLI Management Company | 1,816.43 | 0.00 | 0.00 |
| 6U | Illinios Department of Revenue | 64.08 | 0.00 | 0.00 |
| 7 | Capital Recovery III LLC | 1,617.97 | 0.00 | 0.00 |
| 8 | GE Money Bank | 824.77 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-20881-MB
Lisa Baarstad                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: esullivan              Page 1 of 2                  Date Rcvd: Jul 27, 2011
                               Form ID: pdf006              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2011.
```
db          +Lisa Baarstad,    2600 Chandler Drive,    Bowling Green, KY 42104-6201
aty         +Paul M Bach,    Bach Law Offices,    P.O. Box 1285,    Northbrook, IL 60065-1285
tr          +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
16111768    +AMLI Management Company,    c/o Huelson Law Firm LLC,    16029 S Bradley,    Olathe, KS 66062-3932
14023485     AT&T Mobility,    5020 Ash Grove Road,    Springfield, IL 62711-6329
14023482    +Amli Properties,    2800 Amli Dr,    Aurora, IL 60502-9099
14023483    +Arrow Financial Services,    5996 West Touhy Avenue,    Niles, IL 60714-4610
14023486    +Atlas Financial Services,    700 N. Hayden Island Dr S,    Portland, OR 97217-8170
14023491   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,    P.O. Box 85015,    Richmond, VA 23285)
14023488   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: CACH LLC,    370 17th Street Suite 5000,    Denver, CO 80202)
14023490     Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14023492    +Citi Auto Loans,    2208 Highway 121,    Suite 100,    Bedford, TX 76021-5981
14023494    +Credit Management, LP,    4200 International Pkwy,    Carrollton, TX 75007-1912
14023495    +Credit One Bank,    P.O. Box 98875,    Las Vegas, NV 89193-8875
14023496    +Fidelity Collection Services,    327 E. Main Street,    Hillsboro, OR 97123-4022
14023497    +Freedman, Anselmo Lindberg & Rappe,    1807 West Diehl Road,    Suite 333,
              Naperville, IL 60563-1890
14023499     Illinios Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14023500    +Illinois Attorney General,    100 West Randolph Street,    13th Floor,    Chicago, IL 60601-3397
14023501   +++Internal Revenue Service,    Pob 21126,    Philadelphia, PA 19114-0326
14023503     Lord & Taylor,    P.O. Box 981064,    El Paso, TX 79998-1064
14023504     Macys,   9111 Duke Blvd,    Harrison, OH 45030-8999
14023506    +New York and Company,    220 W. Schrock Rd,    Westerville, OH 43081-2873
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14023484    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 27 2011 23:46:12     Asset Acceptance,
              PO Box 2036,    Warren, MI 48090-2036
16036992    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 27 2011 23:46:12
              Asset Acceptance, LLC assignee NEW YORK & COMPANY,    PO Box 2036,    Warren, MI 48090-2036
14023487    +E-mail/Text: banko@bonncoll.com Jul 27 2011 23:59:12     Bonneville Billing,
              1186 E 4600 S, Suite 100,    Ogden, UT 84403-4896
14023489    +E-mail/Text: w.chaffin@capitalcreditinc.com Jul 28 2011 00:19:13
              Capital Credit and Collections,    10200 SW Eastridge St,    Portland, OR 97225-5064
16362477     E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2011 01:24:16      Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14023493    +E-mail/Text: legalcollections@comed.com Jul 27 2011 23:59:12     ComEd,
              Customer Correspondence Group,    PO Box 87522,    Chicago, IL 60680-0522
14296861    +E-mail/Text: legalcollections@comed.com Jul 27 2011 23:59:12     ComEd Co.,    2100 Swift Road,
              Attn: Bankruptcy Section,    Oakbrook, IL 60523-1559
16383187     E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2011 01:24:16      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14023498    +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2011 01:24:16      GEMB/JCP,    P.O. Box 981400,
              El Paso, TX 79998-1400
14023505    +E-mail/Text: brenden.magnino@mcmcg.com Jul 27 2011 23:46:19     Midland Credit Managment, Inc.,
              8875 Aero Dr,    San Diego, CA 92123-2251
14023507     E-mail/Text: bankrup@nicor.com Jul 27 2011 23:19:40     Nicor Gas,    Attn: Banklruptcy Department,
              1844 Ferry Rd,    Aurora, IL 60507
16082630    +E-mail/PDF: BNCEmails@blinellc.com Jul 28 2011 01:23:59      Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
14023508    +E-mail/Text: bkr@cardworks.com Jul 27 2011 23:20:11     Spiegel,    101 Crossway Park West,
              Woodbury, NY 11797-2020
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14023502*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
14023509    ##West Asset Management,    Po Box 2548,    Sherman, TX 75091-2548
                                                                                               TOTALS: 0, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: esullivan            Page 2 of 2              Date Rcvd: Jul 27, 2011
                              Form ID: pdf006            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2011**             **Signature:**    *Joseph Speetjens*