**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BAARSTAD, LISA § Case No. 09-20881
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $53,543.86 *(without deducting any secured claims)* | Assets Exempt: $43,773.86 |
| Total Distribution to Claimants: $3,277.12 | Claims Discharged Without Payment: $273,127.93 |
| Total Expenses of Administration: $3,724.50 | |

    3) Total gross receipts of $ 7,001.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,001.62 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,724.50 | 3,724.50 | 3,724.50 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 270,277.39 | 270,277.39 | 3,277.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,127.66 | 6,127.66 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $280,129.55 | $280,129.55 | $7,001.62 |

4) This case was originally filed under Chapter 7 on June 09, 2009. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/01/2011         By: /s/JOSEPH R. VOILAND
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| lot - 240 Guy Moore Dr., Detroit, OR | 1110-000 | 7,000.00 |
| Interest Income | 1270-000 | 1.62 |
| **TOTAL GROSS RECEIPTS** | | **$7,001.62** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,450.16 | 1,450.16 | 1,450.16 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 121.70 | 121.70 | 121.70 |
| Ticor Title Insurance Co. | 3510-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Ticor Title Insurance Co. | 2500-000 | N/A | 431.00 | 431.00 | 431.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Ticor Title Insurance Co. | 2820-000 | N/A | 321.64 | 321.64 | 321.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,724.50 | 3,724.50 | 3,724.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | N/A | 270,051.74 | 270,051.74 | 3,274.38 |
| 6P | Illinios Department of Revenue | 5800-000 | N/A | 225.65 | 225.65 | 2.74 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 270,277.39 | 270,277.39 | 3,277.12 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd Co. | 7100-000 | N/A | 125.33 | 125.33 | 0.00 |
| 2 | Asset Acceptance, LLC assignee NEW YORK & COMPANY | 7100-000 | N/A | 835.16 | 835.16 | 0.00 |
| 4 | Roundup Funding, LLC | 7100-000 | N/A | 843.92 | 843.92 | 0.00 |
| 5 | AMLI Management Company | 7100-000 | N/A | 1,816.43 | 1,816.43 | 0.00 |
| 6U | Illinios Department of Revenue | 7100-000 | N/A | 64.08 | 64.08 | 0.00 |
| 7 | Capital Recovery III LLC | 7100-000 | N/A | 1,617.97 | 1,617.97 | 0.00 |
| 8 | GE Money Bank | 7100-000 | N/A | 824.77 | 824.77 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 6,127.66 | 6,127.66 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-20881  
**Case Name:** BAARSTAD, LISA  

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 06/09/09 (f)  
**§341(a) Meeting Date:** 07/20/09  

**Period Ending:** 11/01/11  
**Claims Bar Date:** 11/16/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking -- Bank of America | 3,460.00 | 370.00 | DA | 0.00 | FA |
| 3 | Savings - Bank of America | 800.00 | 0.00 | DA | 0.00 | FA |
| 4 | Nicor | 200.00 | 200.00 | DA | 0.00 | FA |
| 5 | ComEd | 200.00 | 200.00 | DA | 0.00 | FA |
| 6 | Household Goods and Furnishings | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 7 | Wearing Apparel | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401K -- Merrill Lynch | 2,273.86 | 0.00 | DA | 0.00 | FA |
| 9 | money owed from Steven Allan Baarstad | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Oregon Drivers License | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2006 Hondo Civic | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Domestic cat | 10.00 | 0.00 | DA | 0.00 | FA |
| 13 | lot - 240 Guy Moore Dr., Detroit, OR | 0.00 | 8,000.00 | | 7,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.62 | Unknown |
| 14 | Assets    Totals (Excluding unknown values) | **$53,543.86** | **$9,770.00** | | **$7,001.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

On 12/3/09, an order wass entered authorizing the employment of a real estate broker to market and sell debtor's lot in Detroit, Oregon.

**Initial Projected Date Of Final Report (TFR):**   September 9, 2010    **Current Projected Date Of Final Report (TFR):**   May 15, 2011

Printed: 11/01/2011 10:27 AM    V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-20881  
**Case Name:** BAARSTAD, LISA  
**Taxpayer ID #:** **-***7091  
**Period Ending:** 11/01/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******33-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/21/10 | | Ticor Title Insurance Co. | sale proceeds | | | 4,847.36 | | 4,847.36 |
| | {13} | | slae proceeds | 7,000.00 | 1110-000 | | | 4,847.36 |
| | | | | -1,400.00 | 3510-000 | | | 4,847.36 |
| | | | closing fee and title insurance | -431.00 | 2500-000 | | | 4,847.36 |
| | | | | -321.64 | 2820-000 | | | 4,847.36 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.07 | | 4,847.43 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.29 | | 4,847.72 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.28 | | 4,848.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.28 | | 4,848.28 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.28 | | 4,848.56 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 4,848.59 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 4,848.63 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 4,848.66 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 4,848.70 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 4,848.74 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 4,848.77 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 4,848.81 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 4,848.84 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 4,848.88 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 4,848.91 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 4,848.95 |
| 08/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.03 | | 4,848.98 |
| 08/30/11 | | To Account #9200******3366 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | | 9999-000 | | 4,848.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 4,848.98 | 4,848.98 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 4,848.98 | |
| | | | **Subtotal** | | | 4,848.98 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$4,848.98** | **$0.00** | |

{} Asset reference(s)          Printed: 11/01/2011 10:27 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-20881  
**Case Name:** BAARSTAD, LISA  

**Taxpayer ID #:** **-***7091  
**Period Ending:** 11/01/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******33-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/30/11 | | From Account #9200******3365 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 4,848.98 | | 4,848.98 |
| 09/01/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,450.16, Trustee Compensation;  Reference: | 2100-000 | | 1,450.16 | 3,398.82 |
| 09/01/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $121.70, Trustee Expenses;  Reference: | 2200-000 | | 121.70 | 3,277.12 |
| 09/01/11 | 103 | Internal Revenue Service | Dividend paid   1.21% on $270,051.74; Claim# 3; Final distribution | 5800-000 | | 3,274.38 | 2.74 |
| 09/01/11 | 104 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 5800-000 | | 2.74 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,848.98 | 4,848.98 | $0.00 |
| | | | Less: Bank Transfers | | 4,848.98 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,848.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,848.98** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******33-65** | 4,848.98 | 0.00 | 0.00 |
| **Checking # 9200-******33-66** | 0.00 | 4,848.98 | 0.00 |
| | $4,848.98 | $4,848.98 | $0.00 |

{} Asset reference(s)